IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYEE LENEIA DYSERT,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO ALLOW TRAVEL<br><br><br><br>Case No. 2:05-CR-52 TS |

This matter is before the Court on Defendant's Motion to Allow Travel. The Court has considered the Motion, has consulted with Probation, and finds as follows.

Defendant seeks permission to travel out of state for a family event. Defendant has just begun her 60-month term of supervised release. She is being supervised in the Central District of California. She is compliant with the conditions of her release. She has made substantial progress on paying her restitution, but has not yet satisfied that restitution obligation. Being fully advised, it is

ORDERED that Defendant's Motion to Allow Travel (Docket NO. 54) is DENIED.

DATED April 6th, 2010

        BY THE COURT:

        _____
        TED STEWART
        United States District Judge